IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02185-BNB

ABEER HUMOOD,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO,
WILKINSON (Officer #256460),
JASON CONDREAY, individual,
PONICH (Officer #301367),
KEN SULLIVAN,
DEB WALLACE,
BERNARD CELESTIN,
SANDRA SWEENEY, and
DAVE WILLIAMS,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Abeer Humood, has filed *pro se* a Complaint (ECF No. 1). The court must construe the Complaint liberally because Mr. Humood is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Humood will be ordered to file an amended complaint if he wishes to pursue his claims in this action.

The court has reviewed the Complaint and finds that the Complaint is deficient because Mr. Humood fails to provide any addresses for the Defendants. Because Mr. Humood has requested that the United States Marshal be appointed to serve process in

this action (*see* ECF No. 5 at 1), Mr. Humood must provide an address for each named Defendant so that each Defendant can be properly served.  Therefore, Mr. Humood will be directed to file an amended pleading using the court-approved Complaint form and to provide an address for each named Defendant on that form.  Accordingly, it is

ORDERED that Mr. Humood file, **within thirty (30) days from the date of this order**, an amended complaint that complies with this order.  It is

FURTHER ORDERED that Mr. Humood shall obtain the appropriate court-approved Complaint form, along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov).  It is

FURTHER ORDERED that, if Mr. Humood fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED September 4, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge