IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02185-BNB

ABEER HUMOOD,

    Plaintiff,

v.

THE CITY OF AURORA, COLORADO, a municipal corporation,
WILKINSON (Officer #256460), an individual,
JASON CONDREAY, an individual,
PONICH (Officer #301367), an individual,
KEN SULLIVAN, in his official capacity as a member of the Civil Service Commission in
    the City of Aurora,
DEB WALLACE, in her official capacity as a member of the Civil Service Commission in
    the City of Aurora,
BERNARD CELESTIN, in his official capacity as a member of the Civil Service
    Commission in the City of Aurora,
SANDRA SWEENEY, in her official capacity as a member of the Civil Service
    Commission in the City of Aurora, and
DAVE WILLIAMS, in his official capacity as a member of the Civil Service Commission
    in the City of Aurora, Colorado,

    Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 9, 2012, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge